# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHUCK J. REINECK; AND JEANETTE
J. REINECK,
Appellants,
vs.
SEASIDE TRUSTEE, INC.; AND
BAYVIEW LOAN SERVICING, LLC,
Respondents.

No. 76169

**FILED**

JUL 24 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on June 22, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

By: *Elizabeth A. B.*

cc:     Hon. Elizabeth Goff Gonzalez, Chief Judge
        Chuck J. Reineck
        Jeanette J. Reineck
        Weinstein & Riley, P.S.
        Eighth District Court Clerk

18-28235